UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW YOUNG,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>WARDEN HDSP, et al.<br><br>　　　　　　　　　　Respondents. | Case No. 2:23-cv-01280-ART-BNW<br><br>**Order Directing Petitioner to Submit Application to Proceed *In Forma Pauperis* or Pay Filing Fee** |

　　　　Matthew Young has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

　　　　This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

　　　　It is therefore ordered that within **30 days** of the date of this order Petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis.*

1  It is further ordered that failure to do so may result in the dismissal of this action without prejudice.

2  It is further ordered that the Clerk of Court retain the petition but not file it at this time.

DATED THIS 16th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE